BONNER AND EDDY v. F. B. FERRELL.

No. 238.

**Notice of Appeal.**—Where the record does not show that notice of appeal was given in open court, the appeal will be dismissed for want of jurisdiction.

APPEAL from County Court of Williamson. Tried below before Hon. D. S. CHESHER.

In this case the record did not show that notice of appeal was given in the County Court. Exception to this was not taken by counsel for appellee. Action was taken by the court at its own instance.

*W. F. Robertson*, for appellants.

*Edward E. Diggs*, for appellee.

KEY, ASSOCIATE JUSTICE.—The record in this case does not show that appellants gave notice of appeal in open court as required by statute. Rev. Stats., art. 1387.

For this reason this court has no jurisdiction, and the appeal must be dismissed. Lyell v. Guadalupe County, 28 Texas, 58; McLane v. Russell, 29 Texas, 129; Burr v. Lewis, 6 Texas, 76.

*Appeal dismissed.*

Delivered May 17, 1893.